1  ROBERT BONSALL, SBN 119261
   JASON RABINOWITZ, SBN 183822
2  COSTA KERESTENZIS, SBN 186125
   **BEESON, TAYER & BODINE, APC.**
3  520 Capitol Mall, Suite 300
4  Sacramento, CA  95814
   Telephone:  916.325.2100
5  Facsimile:  916.441.5208
6  e-mail: ckerestenzis@beesontayer.com

7  Attorneys for KRISTINE MERRIFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KRISTINE MERRIFIELD, | Case No. 1:05-CV-01344-OWW-SMS |
| Plaintiff, | **ORDER RE PLAINTIFF'S EX-PARTE REQUEST TO CONTINUE AND/OR VACATE CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| MINER'S INN RESTAURANT & LOUNGE; PARKER FAUSNIGHT, and SHANE SWEAT | |
| Defendants, | |

Having considered Plaintiff's Ex-Parte Motion with attached Declaration, the Court finds that good cause exists to [vacate the Case Management Conference and all corresponding dates in this matter] OR [to continue the Case Management Conference and corresponding dates as follows]:

1. the Case Management Conference will be continued from April 14, 2006 at 8:45 a.m. in Ctrm. 2 to August _11_, 2006 at 8:45 in Ctrm. 2.

2. the due date to file the Joint Scheduling Report will be continued from April 7, 2006 to one week prior the new Case Management Conference date, _August 4, 2006__.

[Proposed] Order                                                                                       1

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS SO ORDERED.**

Dated: March 30, 2006

　　　　　　　　　　　　　　　　_/s/ OLIVER W. WANGER_____
　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 520 Capitol Mall, Suite 300, Sacramento, California 95814  On this day I served the foregoing Document(s):

**[PROPOSED] ORDER RE PLAINTIFF'S EX-PARTE REQUEST TO CONTINUE AND/OR VACATE CASE MANAGEMENT CONFERENCE DATE**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

| | |
|---|---|
| Parker Fausnight | Shane Sweat |
| Miner's Inn Restaurant & Lounge | c/o the Red Fox Restaurant |
| 5159 Highway 140 | 5114 State Highway 140 |
| Mariposa, CA  95338 | Mariposa, CA  95338 |

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below.  Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

PDF created with pdfFactory trial version www.pdffactory.com

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed in Sacramento,
2    California, on this date, March 30, 2006.

```
                                          _____
                                          Cynthia Belcher
                                          BEESON, TAYER & BODINE
                                          520 Capitol Mall, Suite 300
                                          Sacramento, CA  95814
```

[Proposed] Order                                                                                                   4

PDF created with pdfFactory trial version www.pdffactory.com