UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE MERRIFIELD,<br><br>　　　　Plaintiff,<br>　v.<br>MINER'S INN RESTAURANT &<br>LOUNGE, et al.,<br>　　　　Defendants. | 1:05-CV-1344-OWW-SMS<br><br>ORDER DIRECTING PLAINTIFF TO FILE<br>MISSING ATTACHMENT TO THE<br>DECLARATION OF ERIC D. ROUEN |

　　　Plaintiff is proceeding with a motion for default judgment. By separate order the Court has made findings and a recommendation regarding Plaintiff's motion.

　　　It has come to the Court's attention that the exhibit or attachment to the supplemental declaration of Eric D. Rouen, consisting of a transactions fee exhibit which was attached to the courtesy copy of the declaration submitted to the Court, was omitted from the version filed on September 15, 2006 (Doc. 33).

　　　Plaintiff IS DIRECTED to file the missing attachment no later than ten days after the date of service of this order.

IT IS SO ORDERED.

**Dated:　September 21, 2006**　　　　　　　　/s/ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1