UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTINE MERRIFIELD, | ) | 1:05-CV-1344-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| v. | ) | RECOMMENDATION TO GRANT |
| | ) | PLAINTIFF'S MOTION FOR DEFAULT |
| MINER'S INN RESTAURANT & | ) | JUDGMENT (DOCS. 23, 36) |
| LOUNGE, et al., | ) | |
| | ) | ORDER DIRECTING THE CLERK TO |
| Defendants. | ) | ENTER JUDGMENT |
| | ) | |
| | ) | |

Plaintiff is proceeding with an action for damages and other relief. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Pending before the Court is Plaintiff's motion for default judgment against Defendants Miner's Inn Restaurant & Lounge, Parker Fausnight, and Shane Sweat.

On September 25, 2006, the Magistrate Judge filed findings and a recommendation that Plaintiff's motion for default judgment be granted. The findings and recommendation were served on all parties on September 25, 2006, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any objections within the thirty-day period after

1

1  service.

2      In accordance with the provisions of 28 U.S.C. § 636

3  (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d

4  452, 454 (9th Cir. 1983), this Court has conducted a de novo

5  review of the case. Having carefully reviewed the entire file,

6  the Court finds that the report and recommendation are supported

7  by the record and proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1. The findings and recommendation filed September 25, 2006,

10  are ADOPTED IN FULL; and

11      2. Plaintiff's motion for default judgment BE GRANTED, and

12      3. Judgment BE ENTERED for Plaintiff against Defendants as

13  follows:

14          a. Against Defendants MINER'S INN and PARKER FAUSNIGHT,

15  jointly and severally, in the amount of $3,375.00 to compensate

16  Plaintiff for unpaid earned overtime wages;

17          b. Against Defendants MINER'S INN and PARKER FAUSNIGHT,

18  jointly and severally, in the amount of $320.00 to compensate

19  Plaintiff for unpaid earned regular wages;

20          c. Against Defendants MINER'S INN and PARKER FAUSNIGHT,

21  jointly and severally, in the amount of $740.00 for the

22  Defendants' failure to provide Plaintiff statutorily required

23  breaks;

24          d. Against Defendants MINER'S INN and PARKER FAUSNIGHT,

25  jointly and severally, in the amount of $1,040.00 as a penalty

26  for Defendants' failure to issue Plaintiff her final check in a

27  timely manner;

28          e. Against Defendants MINER'S INN, PARKER FAUSNIGHT,

2

and SHANE SWEAT, jointly and severally, in the amount of $19,375.00 to compensate Plaintiff for her lost earnings caused by the unlawful harassment and termination;

f. Against Defendants MINER'S INN, PARKER FAUSNIGHT, and SHANE SWEAT, jointly and severally, in the amount of $50,000.00 to compensate Plaintiff for her emotional distress damages caused by the unlawful harassment and termination;

g. Against Defendant MINER'S INN in the amount of $25,000.00 for punitive damages to punish and deter said Defendant for the unlawful harassment and termination;

h. Against Defendant PARKER FAUSNIGHT in the amount of $25,000.00 for punitive damages to punish and deter said Defendant for the unlawful harassment and termination;

i. Against Defendant SHANE SWEAT in the amount of $25,000.00 for punitive damages to punish and deter said Defendant for the unlawful harassment and termination; and

j. Against all three Defendants, jointly and severally in the amount of $17,658.00 for attorney's fees.IT IS SO ORDERED.

**Dated:    March 14, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE